# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAMMY TAYLOR MANNING; AND
IRIS SHIMABUKURO,

        Appellants,

vs.

WASHOE COUNTY, NEVADA, BY AND
THROUGH SHERIFF OF WASHOE
COUNTY, SHERIFF MICHAEL HALEY
AND OR HIS SUCCESSOR IN
INTEREST; AND FEDERAL
NATIONAL MORTGAGE
ASSOCIATION,

        Respondents.

No. 75735

FILED

OCT 29 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Patrick Flanagan, District Judge
       David Wasick, Settlement Judge
       T M Pankopf PLLC
       Wright, Finlay & Zak, LLP/Las Vegas
       Washoe County District Attorney/Civil Division
       Holland & Hart LLP
       Washoe District Court Clerk

---

[1]No action will be taken on the motions filed August 3 and 14, 2018.